**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:  SHELTON SCOTT HENTZ** | **CHAPTER 13** |
| **DEBTOR** | **Case No.  19-13581 JDW** |
| **UNITY BANK OF MS** | **CREDITOR** |
| **WENDY MICHELLE HENTZ** | **CO-BORROWER** |

### AGREED ORDER ON UNITY BANK OF MISSISSIPPI'S MOTION FOR RELIEF FROM §362 AUTOMATIC AND CO-DEBTOR STAY AND FOR ABANDONMENT OF PROPERTY AND DEBTOR'S RESPONSE

THIS MATTER was called for hearing, counsel for Debtor and counsel for Unity Bank agreed to the lifting of the stay to abandon the listed property. The Co-Debtor did not appear or object to the Motion for Relief filed by Unity Bank [Dkt. #57] and Debtor's Response [Dkt. #63] thereto; the Court FINDS and ORDERS as follows:

1. The Motion for Relief from the Co-Debtor Stay is hereby GRANTED and the property is abandoned as to the following:

    a. 2015 Honda ATV (VIN# 1HFTE44H9F4101227)

    b. 2017 Ford Fusion Sedan (VIN# 3FA6P0HD0HR270103)

    c. Vermeer Model VR1022 Hay Rake (Serial # 1VRA201BB2C1004810) and a 5400 Grain Drill.

2. The automatic stay to the Debtor, Sheldon Scott Hentz, will stay in place as he is protected by the bankruptcy code.

**#ENDOFORDER#**

**AGREED TO:**

**/s/ William F. Schneller**
**WILLIAM F. SCHNELLER, MSB# 6559**
**Attorney for Unity Bank**
**JONES & SCHNELLER, PLLC**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224**
**wschneller@gmail.com**


 **/s/ Sarah A. Baker (with permission)**
**SARAH A. BAKER, MSB# 105797**
**Attorney for Debtor**
**136 Public Square**
**C.G. Baker Building, Suite One**
**Batesville, MS 38606**
**662-563-9385**
**sarah@cgbakerlaw.com**



**/s/ W. Jeffrey Collier (with permission)**
**W. Jeffrey Collier,  MSB 10645**
**Melanie T. Vardaman, MSB 100392**
**Attorneys for Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**
**601-355-6661**